UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 4:17-cv-06671-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 14 & 15 |

This action was filed on November 20, 2017. The case management conference (CMC) was continued twice because Plaintiff requested extensions of time to serve the summons and the complaint. Most recently, on April 23, 2018, the Court granted Plaintiff's second request and continued the CMC to June 19, 2018, which Plaintiff stated was enough time to join the arresting officers to the complaint and properly serve all parties. (Dkt. Nos. 14 & 15.) To date, however, an amended complaint has not been filed, Plaintiff has not filed a motion for administrative relief to again extend the service deadline and continue the CMC, and Plaintiff did not file a case management statement by June 12, 2018, as required by the undersigned's standing order. (*See* Judge Westmore's General Standing Order ¶ 7.)

Accordingly, by no later than **June 29, 2018**, Plaintiff shall show cause why this matter should not be dismissed for failure to prosecute. Additionally, the June 19, 2018 case management conference is continued to September 18, 2018. The joint case management conference statement is due on or before September 11, 2018.

IT IS SO ORDERED.

Dated: June 15, 2018

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge