UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE HALL,<br>　　　　Plaintiff,<br>　v.<br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br>　　　　Defendants. | Case No. 4:17-cv-06671-KAW<br>**ORDER REGARDING PLAINTIFF'S RESPONSE TO 6/15/18 ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 19 |

　　　　This action was filed on November 20, 2017. The case management conference (CMC) was continued twice because Plaintiff requested extensions of time to serve the summons and the complaint. Most recently, on April 23, 2018, the Court granted Plaintiff's second request and continued the CMC to June 19, 2018, which Plaintiff stated was enough time to join the arresting officers to the complaint and properly serve all parties. (Dkt. Nos. 14 & 15.) Despite this representation, an amended complaint was not filed, Plaintiff did not file a motion for administrative relief to again extend the service deadline and continue the CMC, and he did not file a case management statement by June 12, 2018, as required by the undersigned's standing order. (*See* Judge Westmore's General Standing Order ¶ 7.)

　　　　On June 15, 2018, the Court issued an order to show cause why this matter should not be dismissed for failure to prosecute, and continued the June 19, 2018 case management conference to September 18, 2018. (Dkt. No. 16.) On June 29, 2018, Plaintiff timely responded to the order to show cause, and explained that counsel had been attempting to obtain materials from the City and County of San Francisco pertaining to Plaintiff's arrest and detention, which he had not received, and that he was also experiencing health issues that have impacted his ability to practice law for several months. (Dkt. No. 19 at 1-2.) Counsel provided that he would serve the summons and

complaint by July 6, 2018, and that any delay in doing so was his fault. *Id.* at 2.

To date, there is no indication that Plaintiff has served the complaint and summons. Accordingly, Plaintiff shall file the certificates of service by August 2, 2018. Should he do so, the June 15, 2018 order to show cause will be discharged. The failure to timely file the certificates of service may result in the case being dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: July 19, 2018

KANDIS A. WESTMORE
United States Magistrate Judge