1   BRUCE A. KILDAY, S.B. #66415
        Email:  bkilday@akk-law.com
2   DERICK E. KONZ, S.B. #286902
        Email:  dkonz@akk-law.com
3   **ANGELO, KILDAY & KILDUFF, LLP**
    Attorneys at Law
4   601 University Avenue, Suite 150
    Sacramento, CA  95825
5   Telephone:  (916) 564-6100
    Telecopier:  (916) 564-6263
6

7   Attorneys for Defendant REGENTS UNIVERSITY OF CALIFORNIA
8

    **UNITED STATES DISTRICT COURT**
9
    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  LYTLE HALL,                          )  Case No.: 4:17-CV-06671-KAW
                                         )
12                     Plaintiff,        )  **STIPULATION OF VOLUNTARY**
                                         )  **DISMISSAL OF DEFENDANT REGENTS**
13             vs.                       )  **UNIVERSITY OF CALIFORNIA;**
                                         )  **ORDER OF DISMISSAL**
14  CITY & COUNTY OF SAN FRANCISCO,      )
    REGENTS UNIVERSITY OF CALIFORNIA,    )
15  et al.                               )
                                         )
16                     Defendants.       )
17  _____  )

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-1-
STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT REGENTS UNIVERSITY
OF CALIFORNIA; ORDER OF DISMISSAL

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiff LYTLE HALL and

2  Defendant REGENTS UNIVERSITY OF CALIFORNA, by and through their counsel of record,

3  that all of Plaintiff's claims in the above-entitled action against Defendant REGENTS

4  UNIVERSITY OF CALIFORNA are voluntarily dismissed with prejudice pursuant to Fed. R.

5  Civ. P. 41(a)(1)(A)(ii) with each side to bear their own attorneys' fees and costs.

6

7

8  Dated: October 11, 2018                          ANGELO, KILDAY & KILDUFF, LLP

9                                                        */s/ Derick E. Konz*

10                                                  By:_____
                                                       BRUCE A. KILDAY
11                                                     DERICK E. KONZ
                                                       Attorneys for Defendant
12                                                     REGENTS UNIVERSITY OF
                                                       CALIFORNA
13

14

15

16  Dated: October 11, 2018                          LAW OFFICE OF RUSSELL A.
                                                     ROBINSON
17

18                                                       */s/ Russell A. Robinson*
                                                        (as authorized on 10/11/18)
19                                                  By:_____
20                                                     RUSSELL A. ROBINSON
                                                       Attorneys for Plaintiff
21                                                     LYTLE HALL

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
    ///

-2-
STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT REGENTS UNIVERSITY
OF CALIFORNIA; ORDER OF DISMISSAL

<u>**ORDER OF DISMISSAL**</u>

Pursuant to the foregoing stipulation under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that all of Plaintiff LYTLE HALL's claims against Defendant REGENTS UNIVERSITY OF CALIFORNA in the above-entitled action are dismissed with prejudice with each party to bear their own attorney's fees and costs.


Dated: October 25, 2018

_____
KANDIS A. WESTMORE
Magistrate Judge for the United States District Court for the Northern District of California

STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT REGENTS UNIVERSITY OF CALIFORNIA; ORDER OF DISMISSAL