Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:   (415) 861-4416
Facsimile:   (415) 431-4526
rlaw345@gmail.com

Counsel for Plaintiff
**LYTLE HALL**

**GRANTED**
*Kandis Westmore*
Judge Kandis Westmore
12/20/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE HALL,<br><br>   Plaintiff,<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br>REGENTS UNIVERSITY OF CALIFORNIA,<br>and DOES 1-40,<br><br>   Defendants. | No.   17-CV-6671-KAW<br><br>**REQUEST FOR DISMISSAL OF ENTIRE CASE**<br>[Jury Demanded] |

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE that this matter has resolved in its entirety as to all parties and all claims.  Closing documents have been executed, and there is no further activity planned or needed in this case.

Plaintiff therefore requests that this case be dismissed pursuant to Federal Rules of Civil Procedure, Rule 41.

Date:   December 19, 2018                               */s/ Russell A. Robinson*
                                                                    By:    Russell A. Robinson
                                                                    Law Office of Russell A. Robinson
                                                                    Counsel for Plaintiff
                                                                    **LYTLE HALL**

---

*Hall v. San Francisco, et al.*                                                                                                     P012RFD
REQ. FOR DISMISSAL
[Demand For Jury Trial]